IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV490-C

| | |
|---|---|
| DONALD F. BREEGER, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **O R D E R** |
| ) | |
| US AIRLINE PILOTS ASSOCIATION, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Defendants' "Application for Admission to Practice Pro Hac Vice [for Nicholas Paul Granath]" (document #4) filed November 4, 2008. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: November 4, 2008

*Carl Horn, III*
_____
Carl Horn, III
United States Magistrate Judge