IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV490-C

| | |
|---|---|
| DONALD F. BREEGER, et. al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>US AIRLINE PILOTS ASSOCIATION, et. al., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' "Application[s] for Admission to Practice Pro Hac Vice [for Lucas K. Middlebrook, Lee Seham, and Stanley J. Silverstone]" (documents ##7-9) filed November 11, 2008. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: November 11, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge