# United States District Court
# For The Western District of North Carolina
# Charlotte Division

DONALD F. BREEGER, et al,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                              3:08CV490-RJC-DSC

US AIRLINE PILOTS ASSOCIATION,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2009 Order.

Signed: May 12, 2009

Frank G. Johns, Clerk
United States District Court